UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| CHARLES E. HINTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:06-cv-173-RJC |
| | ) | |
| MAJOR JOHN DOE, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER OF DISMISSAL**

On April 11, 2006, pro se Plaintiff Charles Hinton filed a Complaint alleging that the Salvation Army, and its employees Major John Doe, Jack Thorpe and John "Neal" Doe, violated his rights pursuant to the Fifth, Thirteenth and Fourteenth Amendment of the United States Constitution. (Doc. No. 1). As of April 19, 2007, however, no proof of service of process or waiver of service had been filed against any of the defendants. Accordingly, the Clerk of Court issued a Notice of Lack of Prosecution to the plaintiff warning that "[i]f proof of service of process or waiver of service is not filed within 20 days of this notice, it could result in the dismissal of this action for lack of prosecution." The plaintiff has failed to comply with those obligations, and accordingly, **IT IS THEREFORE ORDERED** that the above-captioned matter be **DISMISSED.**

Signed: September 21, 2007

Robert J. Conrad, Jr.
Chief United States District Judge

1