# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles E. Hinton,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                            3:06cv173

Major John Doe, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/21/07 Order.

Signed: September 24, 2007

Frank G. Johns, Clerk
United States District Court